IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TIMOTHY TEAGUE, #196908,    )
                                           )
    Plaintiff,                    )
                                           )
v.                                       )    CIVIL ACTION NO. 2:04cv261-MHT
                                           )                     (WO)
JEREMIAH OUSLEY, et al.,     )
                                         )
    Defendants.                 )

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on May 11, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. Defendants' motion for summary judgment (Doc. # 8) is GRANTED;

2. Judgment is entered in favor of defendants and against plaintiff;

3. This case is DISMISSED with prejudice; and

4. Costs of this proceeding are taxed against plaintiff for which execution may issue.

Done this 30th day of May, 2006.

                                                 /s/ Myron H. Thompson
                                           UNITED STATES DISTRICT JUDGE